UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WAYNE FOSTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LESLIE SCHMIDT, et al.,<br><br>　　　　Defendants. | No.  2:17-cv-2199-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Defendant has filed a motion for an extension of time to complete discovery and file dispositive motions.  ECF No. 26.  Good cause appearing, that motion (ECF No. 26) is GRANTED.  The Discovery and Scheduling Order (ECF No. 25) is modified as follows: all discovery (including the filing of any motions to compel) shall be completed by November 24, 2020, and any dispositive motions shall be filed on or before March 8, 2021.

　　　　SO ORDERED.

DATED:  July 13, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE