UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WAYNE FOSTER,<br><br>   Plaintiff,<br><br>   v.<br><br>RALPH DELGADO,<br><br>   Defendant. | Case No. 2:17-cv-02199-MCE-JDP (PC)<br><br>ORDER EXTENDING DEADLINE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION<br><br>ECF No. 35 |

Plaintiff belated filed an opposition to defendant's motion for summary judgment. The court will consider the opposition in addressing the merits of defendant's motion. Accordingly, defendant is granted until June 28, 2021 to file a reply to plaintiff's opposition.

IT IS SO ORDERED.

Dated:   June 21, 2021   

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE