UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WAYNE FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH DELGADO,<br><br>    Defendant. | Case No. 2:17-cv-02199-MCE-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 40 |

Plaintiff has filed a motion for an extension of time to file objections to the August 11, 2021 findings and recommendations. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 40, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file objections.

IT IS SO ORDERED.

Dated:    September 11, 2021                          _____
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE